ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                  )
                                             )
Structural Associates, Inc.                  )   ASBCA No.   62597
                                             )
Under Contract No.   N62473-13-C-4213        )

APPEARANCES FOR THE APPELLANT:        Reginald M. Jones, Esq.
                                      Erin Frazee Masini, Esq.
                                      Diana L. McGraw, Esq.
                                        Fox Rothschild LLP
                                        Washington, DC


APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Matthew D. Bordelon, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 13, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 62597, Appeal of Structural
Associates, Inc., rendered in conformance with the Board's Charter.

Dated:  October 13, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals